AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* __Meritage Homes Corporation__
was received by me on *(date)* __1/10/2020__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Ellinam Rene__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Meritage Homes Corporation__ on *(date)* __1/10/2020__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1/10/2020__

_____
Server's signature

__Ian Green, Server__
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Affidavit - Return of Private Process

U. S. District Court District of Maryland

Case # ELH-19-3186

Case    Elizabeth Thomas

    vs.

    Meritage Homes Corporation, et al

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforesaid action.

That on 1/10/2020 at 12:10:00 PM at 7 St. Paul St, Suite 800 Baltimore, MD 21202

Meritage Homes Corporation s/o CSC Lawyers Inc. Service was served with
Accepted by: Ellinam Renner, Legal

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunction
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents

- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

| Race: | Black | Height | 6' | Hair: | Black | Age: | 40 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Sex | Male | Weight: | 180 | Other: | | | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 1/10/2020

_____ Ian Gree

Private Process Server
Filer info: Address: PO Box 540, Reisterstown, MD 21136. Email: priorityplus@aol.com.
Phone: 443-277-6180